1  JAMES J. WALDORF BAR NO. 38297
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ACV 08-05242 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| LUCY M. COLLINS, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, LUCY M. COLLINS, in the total amount of $8,066.43.

Dated: 8-29-2008

SHERRI R. CARTER, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1